**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2281**

_____

VICTOR MANUEL MELARA-PEREZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  September 17, 2021                    Decided:  October 19, 2021

_____

Before WILKINSON, FLOYD, and QUATTLEBAUM, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner.  Brian Boynton, Assistant Attorney General, John S. Hogan, Assistant Director, Lindsay Corliss, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Manuel Melara-Perez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his request for remand and dismissing his appeal from the Immigration Judge's (IJ) decision denying relief from removal. After thoroughly reviewing the record, we are satisfied that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of asylum, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). We further agree with the Board's decision that Melara-Perez did not meaningfully contest the denial of withholding of removal and protection under the CAT. *Perez Vasquez v. Garland*, 4 F.4th 213, 228-29 (4th Cir. 2021). Finally, we find that the Board did not abuse its discretion in declining to remand. *See Obioha v. Gonzales*, 431 F.3d 400, 408 (4th Cir. 2005).

Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Melara-Perez* (B.I.A. Nov. 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*